IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | |
| DEVIN DEWAYNE HUNTER, : | CASE NO: 7:22-cr-34 (WLS) |
| : | |
| Defendant. : | |
| _____ : | |

## ORDER

  The Court intends to notice this case for the November 2023 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, September 15, 2023**, whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

  **SO ORDERED**, this 29th day of August 2023.

                /s/ W. Louis Sands
                **W. LOUIS SANDS, SR. JUDGE**
                **UNITED STATES DISTRICT COURT**