IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| DEVIN DEWAYNE HUNTER, | :    CASE NO: 7:22-cr-34 (WLS) |
| | : |
| Defendant. | : |
| _____ | : |

**ORDER**

On September 14, 2022, Defendant Devin DeWayne Hunter, was indicted by a grand jury in a two count indictment. (Doc. 1.) Count One charges Possession of a Firearm and Ammunition by a Convicted Felon on or about June 25, 2020, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2). (*Id.*) Count Two charges Possession of a Firearm b a Convicted Felon on or about August 23, 2021, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2). (*Id.*)

On December 1, 2023, the Government filed a Motion to Dismiss Count One of the Indictment (Doc. 29) requesting that the Defendant be dismissed from Count One of the pending Indictment. The Government states:

> Undersigned counsel has been informed that defendant pled guilty to Possession of a Firearm by Convicted Felon in the Superior Court of Lowndes County, case number 2021CR382. Moreover, defendant was sentence[d] to five years' probation and a $3,000 fine. (Gov. Exh. 1, Final Disposition) This state conviction is for offenses occurring on June 25, 2020, in Lowndes County Georgia.

(Doc. 29 ¶ 3) Count One of the Indictment relates to the same acts prosecuted in the above state case. (*Id.* ¶ 4) Therefore, the Government requests the Court dismiss Count One of the pending Indictment.

Accordingly, the Government's Motion (Doc. 29) is **GRANTED**. Count One of the Indictment (Doc. 1) against the Defendant is **DISMISSED** without prejudice. The Government shall proceed with prosecution of Count Two in the regular course.

**SO ORDERED**, this 4th day of December 2023.

                                        /s/ W. Louis Sands
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**