IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CASE NO: 7:22-cr-34  (WLS) |
| DEVIN DEWAYNE HUNTER, : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## **ORDER**

On April 30, 2024, Defendant was sentenced to forty-one months of imprisonment, but was authorized to voluntarily surrender to the facility designated by the Bureau of Prisons ("BOP") at the location to be provided by the BOP.

Before the Court is Defendant's Motion to Request Transportation by US Marshals Service (Doc. 53) ("Motion") filed June 20, 2024. Therein, Defendant advises the Court that the BOP notified him on or about the first week of June that he would be required to turn himself into Butner FCI, located in North Carolina, on June 27, 2024, no later than 12 pm (noon). Defendant states that he had arranged for family members to transport him to the designated facility, but those plans have disintegrated, and Defendant needs transportation to the facility to voluntarily turn himself in as required by the Court's Judgment. (Doc. 51)

Defense counsel has coordinated with Reggie Hurst, Supervisory Deputy U.S. Marshal, to ensure Defendant will be able to turn himself into the U.S. Marshals Service on or before his designated turn-in date of June 27, 2024, for transport to Butner FCI. Defendant requests that the Court issue an order authorizing the U.S. Marshals Service to transport Defendant to the Butner FCI. The Court finds the Motion is well-taken.

Accordingly, the Motion (Doc. 53) is **GRANTED** as follows: In lieu of surrendering directly to Butner FCI and for purposes of the U.S. Marshals Service assisting in his transportation to Butner FCI, then on or before **Wednesday, June 26, 2024 at Noon**, the Defendant Devin Dewayne Hunter, is **ORDERED** to voluntarily surrender himself to the U.S. Marshals Service, 201 West Broad Avenue, Albany, Georgia 31701, to be transferred to

the Butner FCI. Thereafter, the U.S. Marshals Service is **ORDERED and DIRECTED** to facilitate the transfer of the Defendant to Butner FCI in accordance with the U.S. Marshals standard transportation procedures.

**SO ORDERED**, this 25th day of June 2024.

<u>/s/W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2